# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW RYAN CRUTCHER,
                    Appellant,
             vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82321

**FILED**

FEB 0 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Tenth Judicial District Court, Churchill County; Thomas L. Stockard, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on November 10, 2020. Appellant did not file the notice of appeal, however, until December 17, 2020, seven days after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

Parraguirre , J.

Stiglich , J.

Silver , J.

cc: Hon. Thomas L. Stockard, District Judge
Andrew Ryan Crutcher
Attorney General/Carson City
Churchill County District Attorney/Fallon
Churchill County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A